BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
KEVIN P. ROONEY
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4044
(559) 497-4099 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CR-00128-AWI-BAM |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| REYNALDO SAMANO, | ) | |
| Defendant. | ) | |

WHEREAS, on December 6, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant in the following property:

    a. Smith & Wesson, Model 6906, 9 mm Pistol (S/N: VJP2140); and
    b. Ammunition.

AND WHEREAS, beginning on December 29, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim

to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Reynaldo Samano.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   April 30, 2013                              _____
                                                    SENIOR DISTRICT JUDGE